IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES EARL LAMBERT**                                                                               **PLAINTIFF**
*#197370*

V.                             CASE NO. 4:24-cv-01051-BSM-ERE

**ALLEN and
ERIC HIGGINS**                                                                                           **DEFENDANTS**

## ORDER

Having reviewed the record carefully, Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 5] is adopted and James Lambert's motion to dismiss [Doc. No. 6] is granted. All claims against Eric Higgins are dismissed without prejudice and the clerk is directed to terminate him as a party and correct the case style. In addition, the official capacity claims against Lieutenant Allen are dismissed without prejudice.

IT IS SO ORDERED this 17th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE