IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES EARL LAMBERT, II**                                                  **PLAINTIFF**
*#197370*

v.                      **CASE NO. 4:24-cv-01051-BSM**

**CHARLES ALLEN**                                                         **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 19] is adopted. Charles Allen's motion for summary judgment on the issue of exhaustion [Doc. No. 12] is granted and James Lambert's motion for summary judgment [Doc. No. 16] is denied as moot. Lambert's claims are dismissed for failure to exhaust administrative remedies. The clerk is instructed to close the case.

IT IS SO ORDERED this 25th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE

1