IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES EARL LAMBERT, II**                                                                                   **PLAINTIFF**
*#197370*

v.                                  CASE NO.  4:24-cv-01051-BSM

**CHARLES ALLEN**                                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE

1